Submitted on record and briefs August 4, reversed September 27, 2006

In the Matter of Carolyn Naegeli,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## CAROLYN NAEGELI,
*Appellant.*

0506-66275; A129386

144 P3d 1004

Liza Jane Langford filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Rolf C. Moan, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

## PER CURIAM

In this civil commitment case, appellant contends that the trial court erred in finding that she suffers from a mental disorder, that she is a danger to herself, and that she is unable to provide for her basic needs and in entering judgment committing her to the Mental Health Division. The state concedes that the record does not support the judgment and that reversal is required. Based on our review of the record, we agree and accept the state's concession.

Reversed.